# Court of Appeals, State of Michigan

## ORDER

Linda Layton v Volt Participation Trust 2011-NPL2

Docket No. 328878

LC No. 2015-146395-CH

Michael F. Gadola
Presiding Judge

Karen M. Fort Hood

Michael J. Riordan
Judges

The Court orders that the December 29, 2016 opinion is hereby AMENDED to correct a clerical error. The panel line is corrected to read: Before: Gadola, P.J., and Fort Hood and Riordan, JJ.

In all other respects, the December 29, 2016 opinion remains unchanged.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

JAN 10 2017

Date

Chief Clerk